## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT DUFFY,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CREDIT CORP SOLUTIONS, INC.,** | : | **No. 21-4684** |
| *Defendant* | : | |

## <u>ORDER</u>

**AND NOW**, this $\underline{29th}$ day of March, 2022, upon consideration of Defendant's First Motion to Dismiss (Doc. No. 3), Plaintiff's Amended Complaint (Doc. No. 6), Defendant's Second Motion to Dismiss (Doc. No. 7), Plaintiff's Response in Opposition (Doc. No. 9), Defendant's Reply in Support (Doc. No. 11), and the oral argument held on February 23, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. Defendant's First Motion to Dismiss (Doc. No. 3) is **DEEMED MOOT**.

2. Defendant's Second Motion to Dismiss (Doc. No. 7) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1